SD/MS-12A
(Revised 3/99)

**United States District Court
for the
Southern District of Mississippi**



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
NOV 13 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

# REPORT ON OFFENDER UNDER SUPERVISION
## *Court Response Requested*

**Name of Offender:** John Phillip Buford   **Case Number:** 5:01cr3BrS-001

**Name of Sentencing Judicial Officer:** Senior U.S. District Judge David C. Bramlette, III

**Date of Original Sentence:** June 18, 2001

**Date of Revocation Sentence:** August 8, 2005

**Original Offense:** Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

**Type of Supervision:**   Supervised Release

**Date Supervision Began:**   August 8, 2005

**Date Supervision Expires:**   July 7, 2008

---

**The offender has not complied with the following condition(s) of supervision:**

| NON-COMPLIANCE SUMMARY | | | ACTION BY U.S.P.O. | |
|---|---|---|---|---|
| X | Drug Use | 09/28/06 Positive Cocaine Use | X | Written & Verbal Reprimand/Warning |
|   | Drug/Alcohol/MASEP Treatment | |   | Increased Contact with Officer |
|   | Mental Health/Other Treatment | |   | New Fine/Restitution Agreement/Plan |
|   | Restitution | |   | Increased Urine Screens |
|   | Fine | | X | Ordered Offender to Complete a Second (2nd) Ten (10) Month Term in an Inpatient Drug Treatment Program. |
|   | EM/Home Confinement | |   | Additional EM Restrictions |
|   | CSC (½ way house) | |   | CSC Sanctions Implemented |
|   | Community Service | |   |   |
|   | OTHER (explanation) | |   |   |

**Prob 12A**
**Report on Offender Under Supervision**
**John Phillip Buford**
**Docket Number: 5:01cr3BrS-001**
**November 1, 2006**
**Page 2 of 3**

*Court Response Requested*

### Explanation/Comments:

Following a guilty plea, on June 18, 2001, Your Honor sentenced the offender to Thirty (30) Months imprisonment, and Three (3) Years supervised release for the crime of Felon in Possession of a Firearm, in violation of 18 U.S.C. §922 (g)(1). On June 5, 2003, the offender was released from the Bureau of Prisons, and his term of supervised release commenced.

On August 8, 2005, the offender appeared before Your Honor for a Supervised Release Revocation Hearing due to multiple supervision violations, including: three (3) positive urinalysis' test for the presence of Methamphetamine; failure to attend outpatient drug counseling; and failure to report for a color code drug test. The offender confessed the violations at the Revocation Hearing. Your Honor subsequently sentenced Buford to Twenty-Nine (29) Days imprisonment, credit for time-served. Additionally, Your Honor re-imposed a Thirty-Five (35) Month term if Supervised Release which included the special condition that Buford complete a Ten (10) Month inpatient drug and alcohol treatment program.

The offender was monitored by USPO Peter Lang while enrolled in Righteous Oaks Treatment Program in Chunky, Mississippi. Following the offender's successful completion of the inpatient treatment program, on August 1, 2006, the offender was re-assigned to the writer.

On September 28, 2006, the offender reported to the Probation Office and submitted a urinalysis which Kroll Laboratories ultimately confirmed to be positive for the presence of Cocaine. On October 26, 2006, the writer confronted the offender with the results. Initially, Buford denied the drug use; however, eventually admitted to the violation.

After consulting with SUSPO Marty Williams, this officer presented the offender with the option of the writer requesting a revocation hearing before Your Honor, or Buford re-entering an inpatient drug treatment facility for another Ten (10) month period. Ultimately, Buford chose to address his drug use by re-admitting himself into an inpatient drug treatment program.

The writer verified that on October 30, 2006, Buford was admitted at the Righteous Oaks Recovery Center. Per the writer's instructions to the offender, he will remain there until August 30, 2007. The writer advised the offender that, should he leave or be terminated from the program prematurely, the Probation Office will petition the Court for an arrest warrant and revocation hearing. Additionally, all expenses associated with the term of inpatient treatment will be incurred by the offender.

Prob. 12A
Report on Offender Under Supervision
John Phillip Buford
Docket Number: 5:01cr3BrS-001
November 1, 2006
Page 2 of 3

**Court Response Requested**

<u>This officer respectfully requests no Court action at this time</u>. If Your Honor concurs with this course of action or desires another option, please indicate below and return this correspondence to our office for Buford's file. Additionally, If Your Honor has any questions or concerns about this case, please call me at your convenience at 601-965-4447, extension 260.

Reviewed and Approved:

*Marty Williams*
Marty Williams, Supervising
U. S. Probation Officer
November 1, 2006

Respectfully Submitted,

*Jamie Newman*
Jamie Newman
U. S. Probation Officer
November 1, 2006

---

☑ **Concur with the Probation Officer's instructions that the offender complete an additional ten (10) month term of inpatient drug treatment**

☐ **Submit a Request for Warrant or Summons**

☐ **Other_____**

*Signature*
**Signature of Judicial Officer**

Date: __11/8/06__